1  GREGORY A. NYLEN (SBN 151129)
   GREENBERG TRAURIG, LLP
2  2450 Colorado Avenue, Suite 400E
   Santa Monica, CA 90404
3  Telephone: (310) 586-7700
   Facsimile: (310) 586-7800
4  Email: nyleng@gtlaw.com

5  SCOTT GELIN (*Pro hac vice* pending)
   GREENBERG TRAURIG, LLP
6  200 Park Avenue, 34th Floor
   MetLife Building
7  New York, NY 10166
   Telephone: (212) 801-9200
8  Facsimile: (212) 801-6400
   Email: gelins@gtlaw.com
9
   WILLIAM J. GOINES (SBN 61290)
10 KAREN ROSENTHAL (SBN 209419)
   GREENBERG TRAURIG, LLP
11 1900 University Avenue, Fifth Floor
   East Palo Alto, CA 94303
12 Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
13 Email: goinesw@gtlaw.com
            rosenthalk@gtlaw.com
14
   Attorneys for Plaintiff
15 DIANE VON FURSTENBERG STUDIO, L.P.

16              IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19

20 | DIANE VON FURSTENBERG STUDIO, L.P., ) 
21 |                         Plaintiff,   ) Civil Action No.
   |         v.                            )
22 | HAIHONG  SUN  D/B/A  FASHION-INN,    ) CERTIFICATION OF
23 | DAVID SUN D/B/A FASHION-INN  JOHN    ) INTERESTED ENTITIES OR
   | DOES 1-15, AND XYZ CORPS. 1-15        ) PERSONS PURSUANT TO CIVIL
24 |                         Defendants.   ) L.R. 3-16 AND FRCP 7.1
25 |                                       )
26 |                                       )
27 |                                       )

28 ─────────────────────────────────────────────

         CERTIFICATION OF INTERESTED ENTITIES OR PERSEONS PER L.R. 3-16 AND FRCP 7.1

SV 346225677v1

1. Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

> Diane von Furstenberg Studio, L.P. (Plaintiff)
>
> Haihong Sun d/b/a Fashion-Inn (Defendant)
>
> David Sun d/b/a Fashion-Inn (Defendant)

2. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Diane von Furstenberg Studio, L.P. has no parent corporations and is not a publicly held corporation.

DATED: October 5, 2007        GREENBERG TRAURIG, LLP

By: _____
Karen Rosenthal

Attorneys for Plaintiff
Diane von Furstenberg Studio, L.P.