Clerk's Use Only

Initial for fee pd.:

SCOTT GELIN
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
New York, NY 10166
Tel.: 212-801-9200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIANE VON FURSTENBERG STUDIO, L.P.

    Plaintiff(s),

v.

HAIHONG SUN D/B/A FASHION-INN, DAVID SUN D/B/A FASHION-INN, JOHN DOES 1-15, AND XYZ CORPS. 1-15

    Defendant(s).

CASE NO.

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Scott Gelin, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Diane von Furstenberg Studio, L.P. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

GREGORY A. NYLEN (SBN 151129), Greenberg Traurig, 2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404. T: (310) 586-7700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-4-07