SCOTT GELIN (*Pro hac vice* pending)
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: gelins@gtlaw.com

WILLIAM J. GOINES (SBN 61290)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
       rosenthalk@gtlaw.com

Attorneys for Plaintiff
DIANE VON FURSTENBERG STUDIO, L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE VON FURSTENBERG STUDIO, L.P., <br><br> Plaintiff, <br><br> v. <br><br> HAIHONG SUN D/B/A FASHION-INN, DAVID SUN D/B/A FASHION-INN JOHN DOES 1-15, AND XYZ CORPS. 1-15, <br><br> Defendants. | Case No. C07-05155 PVT <br><br> APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES SET FORTH IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND EXTEND DEADLINE TO ACCEPT OR REJECT MAGISTRATE JUDGE AND [PROPOSED] ORDER |

1
APPLICATION TO CONTINUE CMC AND EXTEND DEADLINES and [PROPOSED] ORDER

Plaintiff Diane von Furstenberg Studio, L.P. ("Plaintiff"), by and through its counsel of record, Greenberg Traurig, LLP, hereby makes application to the Court as follows.

1. Plaintiff's Complaint was filed on October 5, 2007. At that time, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines (the "Order") setting dates for (a) the filing of Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone conference (01/08/08), (b) the last date to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement (01/22/08); and (c) the date for Initial Case Management Conference (01/29/08), and the parties have up to and including January 22, 2008, within which to accept or decline the appointment of the magistrate judge initially assigned to the case;

2. Plaintiff first attempted to personally serve Defendant Haihong Sun in the United States, however learned from Defendant David Sun that she has been in China during the pendency of this case. Plaintiff then provided waivers of service via electronic mail to Defendants in China. Plaintiff and Defendants have since engaged in settlement discussions and expect to resolve the matter shortly.

3. Until one or more of the named Defendants have appeared in this proceeding, a meaningful initial disclosure, stipulation to ADR, consent or declination of a magistrate judge, and a Joint Case Management Statement cannot be submitted to the court,

WHEREFORE, Plaintiff requests:

1. That the Initial Case Management Conference and all deadlines attendant thereto, be continued by the court for a minimum of 90 days from the presently scheduled Case Management date of January 29, 2008, and

2. Extend the deadline to either accept or decline the appointment of a magistrate judge for all purposes for a minimum of 90 days from the present deadline of January 22, 2008.

DATED: December 28, 2007        GREENBERG TRAURIG, LLP

By: /s/ *Karen Rosenthal*
    Karen Rosenthal
    Attorneys for Plaintiff
    Diane von Furstenberg Studio, L.P.

APPLICATION TO CONTINUE CMC AND EXTEND DEADLINES and [PROPOSED] ORDER

[PROPOSED] ORDER

IT IS HEREBY ORDERED:

1. The Case Initial Case Management Conference presently scheduled for January 29, 2008 be continued to _____, 2008,

2. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan and to file joint ADR certification or notice of need for ADR phone conference, presently scheduled for January 8, 2008, is extended to _____;

3. The last day to file Rule 26(f) Report, complete initial disclosure or state objection Rule 26(f) report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement presently scheduled for January 22, 2008 is extended to _____; and

4. The deadline to accept or decline the appointment of a magistrate judge assigned for all purposes is extended from January 22, 2008 to _____.

Dated: _____, 200\_\_\_.

_____
Hon. Patricia V. Trumbull
Magistrate Judge