UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIANE VON FURSTENBERG STUDIO, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAIHONG SUN d/b/a FASHION-INN, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: C07-5155 PVT <br><br> **ORDER GRANTING PLAINTIFF'S APPLICATION TO EXTEND DEADLINES** |

On December 28, 2007, Plaintiff filed an application to extend deadlines.[1]  Based on the application presented,

IT IS HEREBY ORDERED that Plaintiff's application is GRANTED.  The following schedule shall apply to this case:

Last day to meet and confer re: initial disclosures, early
settlement, ADR process selection and discovery plan,
and to file joint ADR certification or notice of need for
ADR phone conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/15/08

Last day to file Rule 26(f) Report, complete initial
disclosures or state objections in Rule 26(f) report, and
file Case Management Statement per Standing Order re
Contents of Joint Case Management Statement.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/29/08

---

[1]  The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

| | |
|---|---|
| 1 | Last day to file either a "Consent to Proceed Before a |
| 2 | United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and |
| 3 | Request for Reassignment.". . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/29/08 |
| 4 | Initial Case Management Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 5/6/08 |

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this order on Defendants no later than 10 days after Defendants file an answer, or April 8, 2008, whichever comes first.

Dated: *1/10/08*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge