1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Diane Von Furstenberg Studio, L.P.

        Plaintiff(s),

   v.

Haihong Sun d/b/a Fashion-Inn, et al.

        Defendant(s).
_____/

No. C 07 5155 PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Feb. 27, 2008

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")