1  GREGORY A. NYLEN (SBN 151129)
   GREENBERG TRAURIG, LLP
2  2450 Colorado Avenue, Suite 400E
   Santa Monica, CA 90404
3  Telephone: (310) 586-7700
   Facsimile: (310) 586-7800
4  Email: nyleng@gtlaw.com

5  SCOTT GELIN (*Pro hac vice* pending)
   GREENBERG TRAURIG, LLP
6  200 Park Avenue, 34th Floor
   MetLife Building
7  New York, NY 10166
   Telephone: (212) 801-9200
8  Facsimile: (212) 801-6400
   Email: gelins@gtlaw.com
9
   WILLIAM J. GOINES (SBN 61290)
10 KAREN ROSENTHAL (SBN 209419)
   GREENBERG TRAURIG, LLP
11 1900 University Avenue, Fifth Floor
   East Palo Alto, CA 94303
12 Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
13 Email: goinesw@gtlaw.com
           rosenthalk@gtlaw.com
14
   Attorneys for Plaintiff
15 DIANE VON FURSTENBERG STUDIO, L.P.

16                  IN THE UNITED STATES DISTRICT COURT
17                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                          SAN FRANCISCO DIVISION
19
20 DIANE VON FURSTENBERG STUDIO, L.P.,    )
                                          )  Civil Action No. C 07 5155 JF
21                Plaintiff,              )
          v.                              )
22 HAIHONG SUN D/B/A FASHION-INN,         )  NOTICE OF DISMISSAL
   DAVID SUN D/B/A FASHION-INN, JOHN      )
23 DOES 1-15, AND XYZ CORPS. 1-15         )
                                          )
24                                        )
                  Defendants.             )
25                                        )
                                          )
26                                        )
                                          )
27                                        )
28

                                    1
SV 346,257,684v1 2/29/2008                NOTICE OF DISMISSAL - Case No. C07 5155 PVT

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Diane von Furstenberg Studio. L.P. hereby dismisses its Complaint with prejudice against Defendants HAIHONG SUN D/B/A FASHION-INN, DAVID SUN D/B/A FASHION-INN.

                                        Respectfully submitted,

DATED: March 3, 2008                   GREENBERG TRAURIG, LLP


                                        By /s/ Karen Rosenthal
                                            KAREN ROSENTHAL
                                            Attorneys for Plaintiff
                                            Diane von Furstenberg Studio, L.P.