**Filed**
MAR - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
PVT

RECEIVED
OCT - 5 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DIANE VON FURSTENBERG STUDIO, L.P. | CASE NO. C 07 5155 |
| Plaintiff(s), | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| HAIHONG SUN D/B/A FASHION-INN, DAVID SUN D/B/A FASHION-INN, JOHN DOES 1-15, XYZ CORPS. 1-15 | |
| Defendant(s). | |

Scott Gelin , an active member in good standing of the bar of

the State of New York whose business address and telephone number

(particular court to which applicant is admitted)

BY FAX

is

Greenberg Traurig, LLP
200 Park Avenue, 34th Floor
New York, NY 10166. Tel. 212-801-9200

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Diane von Furstenberg Studio, L.P.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-4-08

_____
United States ~~Magistrate~~ Judge
District